# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160545 & (13)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHARLES DAVID POST,
      Defendant-Appellant.

SC: 160545
COA: 350229
St Clair CC: 17-003043-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED, in part, to the extent that the defendant asks for expedited review and to amend the application for leave to appeal and add new claims. The application for leave to appeal the September 24, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



Clerk

b0518